# IN THE SUPREME COURT OF PENNSYLVANIA
## MIDDLE DISTRICT

DANIEL KING,                                   : No. 409 MAL 2016
                                               :
        Petitioner                           :
                                               : Petition for Allowance of Appeal from
                                               : the Order of the Commonwealth Court
    v.                                           :
                                               :
                                               :
RIVERWATCH CONDOMINIUM                         :
OWNER'S ASSOCIATION,                           :
                                               :
        Respondent                           :

DANIEL KING,                                   No. 410 MAL 2016

        Petitioner

                                               Petition for Allowance of Appeal from
                                               the Order of the Commonwealth Court
    v.


RIVERWATCH CONDOMINIUM
OWNER'S ASSOCIATION,

        Respondent


## ORDER


**PER CURIAM**

    **AND NOW**, this 19th day of October, 2016, the Petition for Allowance of Appeal is **DENIED**.